IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **DEIDRA BAUCUM,** | § | |
| | § | |
| Appellant, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00152-O |
| | § | |
| **ANKURA CONSULTING GROUP LLC** solely in its capacity as the Liquidation Trustee for the Rockwall Liquidation Trust, | § § § § § | |
| | § | |
| Appellee. | § | |

## FINAL JUDGMENT

Having determined that dismissal is appropriate in this case, the Court now enters this Final Judgment pursuant to Fed. R. Civ. P. 58(a). Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. The Bankruptcy Court's ruling and judgment are **AFFIRMED**.

2. The costs and expenses shall be borne by the party incurring the same.

**SO ORDERED** this **22nd** day of **March, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE